**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION**

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE BAY ACCEPTANCE, INC.,<br><br>Defendant. | Case No. 3:25-cv-00268-ART-CLB<br><br>**ORDER GRANTING**<br><br>**JOINT REQUEST FOR SETTLEMENT CONFERENCE AND TO STAY LAWSUIT PENDING SETTLEMENT CONFERENCE** |

  Plaintiff Christopher Laccinole ("Laccinole" or "Plaintiff") and Defendant Granite Bay Acceptance, Inc. ("Granite Bay" or "Defendant") (collectively the "Parties") hereby jointly request pursuant to Local Rule or Civil Practice 16-5 that the case be set for a virtual settlement conference with an available magistrate judge and, further, that pending the conclusion of the settlement conference, the case be otherwise stayed, including the Court's June 3, 2025 Order to File Case Management Report. [Dkt 31.]

  The Parties jointly submit that good cause exists for granting the request, as an early settlement conference may dispose of the matter expeditiously and, if successful will conserve the resources of the Court and the Parties.

1

| | | |
|---|---|---|
| DATED: June 11, 2025 | | CRAIG K. PERRY & ASSOCIATES |

By: */s/ Craig K. Perry*
Craig K. Perry, Esq.
Nevada State Bar. No. 3786
Craig K. Perry & Associates
2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89102
Phone: (702) 228-4777

John A. Love*
Love Consumer Law
2500 Northwinds Pkwy, Suite 330
Alpharetta, GA 30009
404.855.3600
tlove@loveconsumerlaw.com

Max S. Morgan, Esquire*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
max.morgan@theweitzfirm.com

*Attorneys for Plaintiff*
*Admitted pro hac vice

DATED: June 11, 2025          SIMONS HALL JOHNSTON PC

 */s/Duncan Burke*
Duncan Burke (SBN: 13081)
690 Sierra Rose Drive
Reno, NV 89511
Tel: 775.785.0088
Email: dburke@shjnevada.com

BUCHALTER
Steven Winick (California Bar No. 160815)*
425 Market Street, Suite 2900
San Francisco, CA 94105-2491
Tel.: (415) 227-3506
Email: swinick@buchalter.com

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: June 13, 2025