# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# RENO DIVISION

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>GRANITE BAY ACCEPTANCE, INC.,<br><br>DEFENDANT. | Case No.: 3:25-cv-00268-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STPILUATION OF DISMISSAL** |

Plaintiff, Christoper Laccinole, and Defendant, Granite Bay Acceptance, by and through their undersigned counsel, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this notice of dismissal of the Plaintiff's

individual claim with prejudice with each party to bear its own fees and costs.

Further, the proposed class claims are to be dismissed without prejudice.

    This 22nd day of August, 2025.

| /s/Craig K. Perry | /s/Duncan Burke |
|---|---|
| Craig K. Perry, Esq. | Duncan Burke (SBN: 13081) |
| Nevada State Bar. No. 3786 | SIMONS HALL JOHNSTON PC |
| Craig K. Perry & Associates | 690 Sierra Rose Drive |
| 2300 W. Sahara Avenue | Reno, NV 89511 |
| Suite 800 | Telephone: 775.785.0088 |
| Las Vegas, Nevada 89102 | Email: dburke@shjnevada.com |
| Phone: (702) 228-4777 | |
| | Steven Winick (CA Bar No. 161815)* |
| John A. Love* | BUCHALTER |
| Love Consumer Law | 425 Market Street, Suite 2900 |
| 2500 Northwinds Pkwy, Suite 330 | San Francisco, CA 94105-2491 |
| Alpharetta, GA 30009 | Telephone: (415) 227-3506 |
| 404.855.3600 | Email: swinick@buchalter.com |
| tlove@loveconsumerlaw.com | |
| | *Admitted *Pro Hac Vice* |
| Max S. Morgan, Esquire* | |
| THE WEITZ FIRM, LLC | *Counsel for Defendant* |
| 1515 Market Street, #1100 | |
| Philadelphia, PA 19102 | |
| Tel: (267) 587-6240 | |
| max.morgan@theweitzfirm.com | |
| | |
| *Admitted *Pro Hac Vice* | |
| | |
| *Counsel for Plaintiff* | |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: August 22, 2025

LACCINOLE/GRANITE - 2